UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>        Plaintiff<br><br>  v.<br><br>SHARON L. CLAYTON,<br><br>        Defendants | Civil Action: 2:25-CV-00206-SDN |

### DEFENDANT'S CONSENTED-TO MOTION TO ENLARGE DEADLINE TO FILE ANSWER

Defendant Sharon Clayton ("Defendant"), by and through her undersigned counsel, and with the consent of Plaintiff United States Department of Agriculture ("Plaintiff"), respectfully requests a 45-day enlargement of the time to file an Answer, and in support thereof, states the following:

1. In this suit, Plaintiff seeks to foreclose a mortgage on residential real property owned by Defendant.

2. Defendant was served with the summons in this case on June 29, 2025, making her responsive pleading deadline July 21, 2025.

3. On July 21, 2025, Defendant retained the undersigned to represent her in this suit and that same date the undersigned filed an entry of appearance.

4. Meanwhile, the parties have undertaken efforts to resolve this matter by agreement, and are cautiously optimistic a non-litigation resolution will be reached.

5. Due to Defense Counsel's recent retainer and the parties' ongoing efforts to reach settlement, Defendant respectfully requests that the Court enlarge its deadline to file an Answer in this case by 45 days, to September 4, 2025.

6. Accordingly, good cause exists pursuant to Federal Rule of Civil Procedure 6(b) to enlarge the time for Defendant to file an answer by 45 days.

7. The undersigned as conferred with counsel for Plaintiff, Kevin Crosman, Esq., who confirmed that Plaintiff consents to the relief requested herein.

WHEREFORE, for the aforementioned reasons, Defendant Sharon Clayton, with the consent of Plaintiff, requests a 45-day enlargement of the deadline to file an Answer.

RESPECTFULLY SUBMITTED,

DATED: July 21, 2025                /s/ Jonathan E. Selkowitz
                                    Jonathan E. Selkowitz, Me. Bar No. 5711
                                    Pine Tree Legal Assistance, Inc.
                                    P.O. Box 547
                                    Portland, ME. 04112
                                    (207) 400-3207
                                    jselkowitz@ptla.org

                                    *Attorneys for Defendant Sharon Clayton*

2

**CERTIFICATE OF SERVICE**

I affirm that on this date I caused a true and correct copy of the foregoing Defendant's Consented-to Deadline to File Answer to be served via the ECF System on all parties of record, including:

Kevin J. Crossman, Esq.
Jensen Baird
10 Free Street
PO Box 5410
Portland, ME 04112
kcrosman@jensenbaird.com

*Counsel for Plaintiff USDA*

Dated: July 21, 2025            /s/ Jonathan E. Selkowitz
                                Jonathan E. Selkowitz, Me. Bar No. 5711
                                Pine Tree Legal Assistance, Inc.
                                P.O. Box 547
                                Portland, ME. 04112
                                (207) 400-3207
                                jselkowitz@ptla.org